# Court of Appeals
# of the State of Georgia

ATLANTA,  October 20, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0507. SHALAIRE LAMOND JOHNSON v. BRITTANY LACHELA JOHNSON.

Plaintiff Shalaire Johnson filed this direct appeal from a trial court order awarding OCGA § 19-9-3 (g) attorney fees to defendant Brittany Johnson in this child support and custody dispute. We lack jurisdiction.

"Appeals from judgments or orders in divorce, alimony, and other domestic relations cases" must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (2), (b); see *Onyemobi v. Onyemobi*, 375 Ga. App. 538, 538, 540-541 (916 SE2d 738) (2025). While direct appeals lie from orders "awarding, refusing to change, or modifying child custody or holding or declining to hold persons in contempt of such child custody judgment or orders" under OCGA § 5-6-34 (a) (11), the order at issue here contains no such ruling. See *Voyles v. Voyles*, 301 Ga. 44, 46-47 (799 SE2d 160) (2017) (the issue raised on appeal governs whether an appeal must be initiated by filing an application for discretionary review). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Shalaire Johnson's failure to follow the required appellate procedure deprives us of jurisdiction over this direct appeal, which

is hereby DISMISSED. His motion to stay the lower court proceedings is DENIED as MOOT.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 10/20/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*